United States District Court
Southern District of Texas
FILED

JAN 3 0 2020

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.  M-20-0240 |
| DANIEL SEPULVEDA | § | |
| EVARISTO SEPULVEDA, III | § | |
| JUAN INDALECIO GARCIA | § | |

### SEALED INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about January 17, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL SEPULVEDA**
**EVARISTO SEPULVEDA, III**
**and**
**JUAN INDALECIO GARCIA**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about January 17, 2019 in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**DANIEL SEPULVEDA**
**EVARISTO SEPULVEDA, III**
**and**
**JUAN INDALECIO GARCIA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 320 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY