**\* EXPEDITED \***

| AO 435 (Rev. 12/03) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions above | **TRANSCRIPT ORDER** | DUE DATE: |

| 1. NAME<br>PATRICIA COOK PROFIT | 2. PHONE NUMBER<br>(956) 618-8010 | 3. DATE<br>2/13/2020 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>1701 W. Bus. Hwy. 83, Ste. 600 | 5. CITY<br>McAllen | 6. STATE<br>TX | 7. ZIP CODE<br>78501 |
| 8. CASE NUMBER<br>M-20-0240 | 9. JUDGE<br>PETER E. ORMSBY | DATES OF PROCEEDINGS | |
| | | 10. FROM 2/11/2020 | 11. 2/11/2020 |
| 12. CASE NAME<br>US v. DANIEL SEPULVEDA, ET AL. | | LOCATION OF PROCEEDINGS | |
| | | 13. McAllen, TX | 14. |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | DETENTION HEARING | 2/11/2020 |
| [ ] BAIL HEARING | | TRANSCRIPT | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | | 500.00 |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 500.00

18. SIGNATURE
*Patricia C. Profit*

PROCESSED BY: RICK RODRIGUEZ
PHONE NUMBER: (956) 618-8498

19. DATE: 2/18/2020

| TRANSCRIPT TO BE PREPARED BY<br><br>J.T.T | COURT ADDRESS | | |
|---|---|---|---|
| ORDER RECEIVED | DATE | BY | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES: 500.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT: 500.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE: 500.00 |

(Previous editions of this form may still be used)

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY