| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions: | TRANSCRIPT ORDER | DUE DATE: 5/4/20 |

| 1. NAME ANGEL CASTRO AUSA OFFICE | 2. PHONE NUMBER (956) 618-8010 | 3. DATE 4-3-20 |
|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL | 5. CITY McAllen | 6. STATE | 7. ZIP CODE |

| 8. CASE NUMBER 7:20cr240-01 | 9. JUDGE PETER ORMSBY | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM | 11. TO |
| 12. CASE NAME DANIEL SEPULVEDA | | LOCATION OF PROCEEDINGS |
| | 13. CITY McALLEN | 14. STATE TX |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | HEARING | 2-13-20 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| (ORDINARY) | [✓] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY RICK RODRIGUEZ | |
| 19. DATE | PHONE NUMBER (956) 618-8498 | |
| TRANSCRIPT TO BE PREPARED BY J.T.T | COURT ADDRESS 1701 W. Bus. Hwy 83, Suite 1011 Mcallen, TX 78501 | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:  COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

# UNITED STATES ATTORNEY'S OFFICE SOUTHERN DISTRICT OF TEXAS
## ADVICE OF OBLIGATION - FY20

(SUBMIT A SEPARATE REQUEST FOR EACH PAYEE AND CASE)

| ADVICE NUMBER | DATE | VENDOR NAME: | JUDICIAL TRANSCRIBERS | | |
|---|---|---|---|---|---|
| MCA-L 25 | 4/3/2020 | STREET ADDRESS: | 935 ELDRIDGE RD #144 | | |
| AUSA | | VENDOR TAX ID (TIN) | CITY | STATE | ZIP CODE |
| PROFIT, P | | 45-5045171 | SUGAR LAND | TX | 77478- |

(PLEASE SIGN AND DATE)

| PREPARER | CASE NAME |
|---|---|
| ALCANTAR, A | US V. DANIEL SEPULVEDA, ET AL. |

| USAO NUMBER | SECTION/LOCATION | DISCLOSURE NUMBER | | |
|---|---|---|---|---|
| 2020R01838 | MCALLEN | | SERVICE START DATE | 4/3/2020 |
| PROGRAM CODES | OCDETF - OCD | | EXPECTED DELIVERY DATE | 4/3/2020 |

| TYPE OF SERVICE - SOC NUMBER | ESTIMATE AMT | FUNDING/ACCT CLASS |
|---|---|---|
| TRANSCRIPTS (CT) X REG/ __EXP/ __DAI/ __HR-2510 | $660.00 | 0E4079 - DIR - 015202020200322000 |

OTHER INFO

PLEASE CIRCLE ONE: DIVISION CHIEF or (AUSA-IN-CHARGE)

ANGEL CASTRO
(PLEASE PRINT NAME)

4/3/2020
(PLEASE SIGN AND DATE)

*PRIOR APPROVAL REQUIRED BY EXECUTIVE AUSA FOR EXPEDITED, DAILY, HOURLY TRANSCRIPTS AND FOR ANY EXPENSES OVER $1,000.00 JUSTIFICATION MUST BE PROVIDED

JUSTIFICATION

Approving Official
(PLEASE SIGN AND DATE)

## FOR FINANCE USE ONLY

| DCN | TYPE OF AOB | AMOUNT APPROVED | ACCOUNT CLASS | PROJECT CODE |
|---|---|---|---|---|
| | LITIGIATION | $0.00 | | |

| FUNDS CERTIFIED AVAILABLE | POINT OF CONTACT | NOTES |
|---|---|---|
| | | |

| OBLIGATION STATUS | AMOUNT PAID | DATE PAID | VOUCHER |
|---|---|---|---|
| | $0.00 | | |