UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                          Case Number: 7:20−cr−00240

Daniel Sepulveda

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Randy Crane

**PLACE:**
by video
United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 11/17/2020

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Sentencing

Date:   November 16, 2020

David J. Bradley, Clerk