United States District Court
Southern District of Texas
**ENTERED**
July 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIM. NO. 7:20-CR-240-1, 2, 3, 4, 5 & 7 |
| § | |
| DANIEL SEPULVEDA, § | |
| EVARISTO SEPULVEDA, III, § | |
| JUAN INDALECIO GARCIA, § | |
| JOSE LUIS GARCIA, § | |
| RENE SEPULVEDA and § | |
| EDGAR YVAN MORENO BARRAGAN § | |

## ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered Defendant Juan Indalecio Garcia's Motion for Continuance which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the unopposed Motion for Continuance is hereby GRANTED, and this case is continued, as to all the above-named Defendants, for the reasons stated above.

It is further ORDERED that the Final Pretrial (previously set for July 30, 2021) in this case is hereby reset for September 3, 2021, at 9:00 a.m., and Jury Selection is hereby reset for September 8, 2021, at 9:30 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas, as to all the above-named Defendants.

SO ORDERED July 28, 2021, at McAllen, Texas.

*Randy Crane*
Randy Crane
United States District Judge