United States District Court
Southern District of Texas
**ENTERED**
August 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 7:20-CR-240-1 |
| | § | |
| DANIEL SEPULVEDA | § | |

**ORDER *SUA SPONTE* RESETTING SENTENCING**

IT IS HEREBY ORDERED that this matter (previously set for August 31, 2021) is hereby *sua sponte* reset for sentencing on November 30, 2021, at 9:00 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED August 30, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge